UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENNAN MITCHELL | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| BH CONTRACTORS, LLC IN TEXAS, and T. T. BARGE CLEANING MILE 183, L.L.C. | § | MAGISTRATE:_____ |

### SEAMAN'S SUIT

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, Brennan Mitchell, a person of the full age of majority and citizen of Assumption Parish, Louisiana, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. § 30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.  Alternatively, Plaintiff brings this claim pursuant to 33 U.S.C. § 901 *et seq.* commonly known as the Longshore and Harbor Workers' Compensation Act (LHWCA), including sections 933 and 905(b) of said Act.

2.

Defendants herein include:

Defendant, BH Contractors, LLC In Texas (hereinafter "BH Contractors") is a company registered to do business in this state whose domicile is in the State of Texas and whose registered office in Louisiana is located in the City of Harahan, Parish of Jefferson, which may be served through its agent:  Isaac Bertrand, 1305 Distributors Row, Suite K, Harahan, LA 70123;

1

Defendant, T. T. Barge Cleaning Mile 183, L.L.C. (hereinafter "T. T. Barge") is a domestic company registered to do business in this state whose domicile is located at 19368 Highway 36, Covington, Louisiana 70433, which may be served through its agent: Raymond B. Greenwell, 19368 Highway 36, Covington, Louisiana 70433.

3.

On or about January 25, 2017, plaintiff, Brennan Mitchell, was employed by BH Contractors as a tank cleaner and was working as a borrowed employee of T. T. Barge aboard Defendant, T. T. Barge's vessels at T. T. Barge's facility near Donaldsonville, Louisiana. Plaintiff had been working for T. T. Barge for approximately three months, and spent approximately 90% of his workdays aboard T. T. Barge vessels in navigable waters.

4.

On or about January 25, 2017, plaintiff was carrying a 55-gallon drum down a gangway between two uneven barges in navigable waters. The height difference between the barges and length of the gangway created an extremely steep slope, and had been in this condition for at least three months. Defendant, T. T. Barge was aware of the condition of the gangway and was aware that multiple people had slipped on this ramp prior to plaintiff's incident. A pump being used on the upper barge did not have a hose connected to the exit hole, pumping water straight onto the deck of the barge. Plaintiff carried the 55-gallon drum across the upper barge and was proceeding down the gangway when suddenly plaintiff slipped and fell down the ramp.

5.

As a result of slipping and falling down the gangway between the two uneven barges, plaintiff received severe injuries, including but not limited to injuries to plaintiff's spine, neck, and lower back.

6.

The aforementioned incident which injured plaintiff was directly and proximately caused by the fault and/or negligence attributable to the Defendants, BH Contractors and T. T. Barge, including the negligence of Defendant's agents and employees for which they are responsible, and/or the vessel negligence of the barges involved which were owned by Defendant, T. T. Barge, in the following non-exclusive respects:

a. Failing to exercise reasonable care under the circumstances;

b. Failing to keep and maintain the vessels and their equipment in proper condition;

c. Failing to provide a safe place to work;

d. Failing to remedy an unreasonably dangerous condition(s) of which Defendant(s) knew or should have known and had reasonable opportunity to remedy;

e. Other negligent acts and/or omissions to be shown at the trial of this action.

7.

A legal cause of this incident and Plaintiff's injuries was the unseaworthiness of the barges and their appurtenances, owned and operated by Defendant T. T. Barge.

8.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, Brennan Mitchell, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

a. Past and future loss of wages and benefits;

b. Impairment of future earning capacity;

c. Past and future physical pain and suffering;

d. Past and future mental and emotional pain and suffering;

  e. Past and future medical expenses;

  f. Loss of enjoyment of life;

  g. Permanent disability;

  h. Additional damages to be shown at the trial of this action.

9.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, Plaintiff, Brennan Mitchell, prays for judgment herein and against the Defendants, BH Contractors, LLC In Texas and T. T. Barge Cleaning Mile 183, L.L.C., and that Defendants be duly cited and served with a copy of this Complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, Brennan Mitchell, and against Defendants herein, in an amount of $750,000.00 that would fairly and reasonably compensate plaintiff for his damages, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable relief to which plaintiff is entitled.

    Respectfully submitted:

    STRAUSS & KING, APLC

    ***/s/ Berney L. Strauss***
    Berney L. Strauss #12527
    Rhett E. King #23811
    Clinton G. Mead #35244
    Christopher D. Matchett #08444
    406 Magazine Street, Suite 300
    New Orleans, Louisiana 70130
    504-523-0033 (telephone)
    504-523-0109 (facsimile)
    rhettking@straussandking.com